No. 1520. PINTO, PRISON FARM SUPERINTENDENT *v.* MITCHELL. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 5004. VERDUGO *v.* UNITED STATES. C. A. 9th Cir. Motion for leave to supplement petition granted. Certiorari denied.

No. 5053.* LOPEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

*For dissenting opinion of DOUGLAS, J., see No. 5795, *Hudson* v. *United States, infra.*